**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 96-6815**

_____

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

versus

CAROLYN LEE PATTERSON, a/k/a Crystal's Mother,

Defendant - Appellant.

_____

Appeal from the United States District Court for the Eastern District of Virginia, at Norfolk.   J. Calvitt Clarke, Jr., Senior District Judge.  (CR-88-76-N, CA-95-1134-2)

_____

Submitted:  December 12, 1996      Decided:  December 19, 1996

_____

Before MURNAGHAN, NIEMEYER, and LUTTIG, Circuit Judges.

_____

Dismissed by unpublished per curiam opinion.

_____

Carolyn Lee Patterson, Appellant Pro Se.  Charles Dee Griffith, Jr., OFFICE OF THE UNITED STATES ATTORNEY, Norfolk, Virginia, for Appellee.

_____

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Appellant seeks to appeal the district court's order denying her motion filed under 28 U.S.C. § 2255 (1994), amended by Antiterrorism and Effective Death Penalty Act of 1996, Pub. L. No. 104-132, 110 Stat. 1214. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. United States v. Patterson, Nos. CR-88-76-N; CA-95-1134-2 (E.D. Va. Apr. 10, 1996). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED